## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## LONDON

**CRIMINAL ACTION NO. 17-42-CHB**

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**


**V.**                                   <u>**MOTION TO CONTINUE**</u>
                                         <u>**SENTENCING DATE**</u>


**JASON T. CASTENIR**                                                                         **DEFENDANT**

\*     \*     \*     \*     \*

The United States, through the undersigned counsel, hereby moves the Court to continue Defendant Castenir's sentencing date to coincide with the sentencing of co-conspirator Rodney Scott Phelps, currently scheduled for December 3, 2019, to allow for the inclusion of restitution for newly discovered victims and other related information from the trial of Defendant Phelps.

During the trial of Defendant Phelps (*United States v. Phelps,* No. 6:17-CR-00036-CHB), the United States learned of new facts concerning victim numbers and loss amounts.   Moreover, Defendant Castenir testified during that trial.   The *Phelps* jury returned a guilty verdict on September 10, 2019, and Defendant Castenir's sentencing is currently scheduled for September 24, 2019.

Additional time is needed for the United States, and the U.S. Probation Office as to the restitution issue, to evaluate these items to determine how each may impact the Defendant's judgment, both as to his sentence and as to his restitution obligations.

Accordingly, the United States respectfully moves this Court to grant this motion. The undersigned has conferred with counsel for Defendant Castenir and has been informed that counsel concurs with this request.

Respectfully submitted,

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY


By:   s/ Kathryn M. Anderson
    Assistant United States Attorney
    260 W. Vine Street, Suite 300
    Lexington, Kentucky 40507-1612
    (859) 685-4885
    FAX (859) 233-2747
    Kathryn.Anderson@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

On September 16, 2019, I electronically filed this document through the ECF system, and I sent this document by electronic mail to:

Jay V. Surgent
Weiner Law Group
Parsippany, New Jersey
jsurgent@weiner.law
*Attorney for Defendant Jason T. Castenir*

Brandan S. Hall
Senior United States Probation Officer
Eastern District of Kentucky
Brandan_Hall@kyep.uscourts.gov

s/ Kathryn M. Anderson
Assistant United States Attorney