# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

**CRIMINAL ACTION NO. 17-42-CHB**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **V.**       **ORDER** | |
| **JASON T. CASTENIR** | **DEFENDANT** |

\* \* \* \* \*

THIS MATTER having come before the Court on the motion of the United States, by and through counsel, and for good cause shown,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and that Defendant Castenir's sentencing date is **CONTINUED** to _____, 2019, in London, Kentucky, at _____.

On this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE

Copies:  United States Marshal
Brandan Hall, United States Probation Officer
Kathryn M. Anderson, Assistant United States Attorney
Jay V. Surgent, Attorney for Defendant Castenir