UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action No. 6:17-CR-042-CHB |
| ) | |
| v. ) | |
| ) | **ORDER GRANTING MOTION TO** |
| JASON T. CASTENIR, ) | **CONTINUE SENTENCING** |
| ) | |
| Defendant. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the United States' Motion to Continue Sentencing [R. 48]. The Court having considered the motion and being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. Government's Motion to Continue Sentencing [**R. 48**] is **GRANTED**.

2. The sentencing currently scheduled for September 24, 2019, is **RESCHEDULED** to **Tuesday, December 3, 2019, at the hour of 3:30 p.m.,** before the Honorable Claria Horn Boom, United States District Judge, at the U.S. Courthouse in **London, Kentucky**.

**Absent specific, good cause there shall be no further continuances in this matter**.

This the 17th day of September, 2019.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY