UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal Action No. 6:17-CR-042-CHB |
| v. | ) ) | |
| JASON T. CASTENIR, | ) ) ) | **ORDER FOR EXPEDITED RESPONSE** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Defendant's Motion to Continue Sentencing [R. 60]. Having reviewed the Motion, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that the response deadline to Defendant's Motion to Continue Sentencing [**R. 60**] **SHALL BE EXPEDITED**. The response of the United States **shall be filed** no later than the **close of business on Tuesday, May 12, 2020.**

This the 8th day of May, 2020.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY