UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action No. 6:17-CR-042-CHB-2 |
| ) | |
| v. ) | |
| ) | **ORDER GRANTING SEALED** |
| JASON T. CASTENIR, ) | **MOTION FOR LEAVE TO SEAL A** |
| ) | **DOCUMENT** |
| Defendant. ) | |

*** *** *** ***

This matter is before the Court on the Defendant's Sealed Motion for Leave to Seal a Document [R. 67]. The Court having considered the motion and being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The Defendant's Sealed Motion for Leave to Seal a Document **[R. 67]** is **GRANTED**.

This the 16th day of July, 2020.

*/s/ Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY