UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal Action No. 6:17-cr-042-CHB |
| v. | ) ) ) | **ORDER** |
| JASON T. CASTENIR, | ) ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Defendant Jason T. Castenir's Motion Requesting Remote Hearing [R. 82], in which he advises the Court that the United States has no objection. The Court having considered the motion and being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The Defendant's Motion Requesting Remote Hearing **[R. 82]** is **GRANTED**.

2. The sentencing is scheduled for **Tuesday, October 13, 2020 at 2:00 PM** The hearing will be conducted by videoconference (based in London), and chambers will disseminate instructions prior to the hearing. *See United States v. Burke*, 345 F.3d 416, 420–26 (6th Cir. 2003).

3. Any exhibits intended to be used during the hearing, whether to be formally admitted or not, **SHALL** be emailed to the undersigned at *boom_chambers@kyed.uscourts.gov* no less than **24 HOURS** before the hearing. The transmittal email and intended exhibits **SHALL** be copied to the opposing party.

4. Parties intending to call any witness are responsible for ensuring their appearance as a videoconference participant by either (a) the witness being present in the attorney's office or (b) providing to the witness instructions for participating via videoconference and ensuring that the witness has an internet connected computer with a microphone and web camera. The Court notes that tablets and cell phones do not work as well as laptop or desktop computers.

This the 9th day of October, 2020.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY