UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL MINUTES – SENTENCING

Case No. 6:17-CR-042-CHB-1     At London     Date October 13, 2020

USA v Jason T. Castenir (via video)     _X_ present  ___ custody  ___ bond  _X_ OR  Age ___

DOCKET ENTRY: The Court had defense counsel state the reasons for requesting that the hearing be held via video conference on the record and the defendant confirmed that he is in agreement with proceeding via videoconference. The Court finds that the defendant has voluntarily and knowingly consented to proceeding via video conference. The Court adopts the Presentence Report and Addenda prepared by the United States Probation Office as its findings. The PSR shall be filed in the record under seal in the event of an appeal. The oral motion by the United States for the third level reduction for acceptance of responsibility is **GRANTED.** The bench conference portion of the hearing shall be sealed, and if transcribed, that portion of the transcript shall be filed under SEAL. Defendant's oral request for a variance is **GRANTED**. At the request of the United States, the Court finds that the $14,000 from the sale of the defendant's 2007 Corvette is forfeitable money at this time. The Court heard argument from counsel as to the proper sentence and Defendant allocuted. The United States and counsel for Defendant shall discuss the Money Judgment to be imposed which shall be addressed by the Court post-sentencing.

PRESENT: HON. CLARIA HORN BOOM, UNITED STATES DISTRICT JUDGE

| Jackie Brock | Kimberley Keene | Kenneth Taylor |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

Counsel for Deft  Jay V. Surgent (via Video)     _X_ present   _X_ retained   ___ appointed

PROCEEDINGS: SENTENCING (**Evidentiary**) – VIA VIDEOCONFERENCE

___   Objections to Presentence Report.

_X_   No objections to Presentence Report.

___   The Court Reporter shall transcribe the proceeding of the hearing on the Objections to the Presentence Report and file in the record.

_X_   The Court's Advice of Right to Appeal was read to the Defendant by the Assistant United States Attorney and Defendant orally acknowledged his understanding of same.

_X_   Transcript shall be deemed as written findings of Court.

_X_   Judgment shall be entered (See Judgment & Commitment.)

___   Defendant to remain on bond and on conditions of release.

_X_   Defendant to remain on bond pursuant to the same terms and conditions of release as previously imposed.

Copies: COR, USP, USM

Initials of Deputy Clerk     jmb
TIC: 3/02