UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action No. 6:17-CR-042-CHB |
| ) | |
| v. ) | |
| ) | **PROTECTIVE ORDER** |
| JASON T. CASTENIR, ) | |
| ) | |
| Defendant. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the United States' Motion for Protective Order relative to a closed sentencing hearing [R. 87]. At the October 13, 2020 sentencing hearing, Defendant stated on the record that he had no objection to a protective order. Having reviewed the Motion, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** as follows:

1. The United States' Motion for Protective Order [**R. 87**] is **GRANTED**.

2. Any person participating in, listening to, or observing the closed session the sentencing hearing of Jason Castenir, in this Court on October 13, 2020, is **HEREBY PROHIBITED** from disclosing, in any fashion, the subject matter or contents of that hearing to any person or entity, directly or indirectly.

This the 16th day of October, 2020.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY